

THE ATTORNEY GENERAL,

OF TEXAS

AUSTIN 11, TEXAS

WILL WILSON
ATTORNEY GENERAL.

April 15, 1957

Honorable W. J. Burke                    Opinion No. WW-99
Executive Director
State Board of Control                   Re: Availability of moneys
Austin, Texas                                appropriated in Item 79
                                             in the Appropriation to
                                             the State Board of Control
                                             in House Bill No. 140,
                                             Acts of the 54th Legisla-
                                             ture, to purchase addition-
                                             al switch gear and trans-
                                             formers required for the
                                             expansion of the Capitol
Dear Mr. Burke:                              Electrical system.

        You have requested an opinion on the following question:

        "Can any of the money identified in Items
79A and B (and more specifically any residual
funds remaining after the rehabilitation of the
heating system) be spent for the purchase of the
additional switch gear and transformer required
for the expansion of the Capitol electrical system?"

        Item 79 of the Appropriation to the State Board of Control
in the General Appropriation Act (House Bill 140, Acts of the
54th Legislature, Regular Session, 1955, Chapter 519, Page 1348
at Page 1425) provides in part:

"CAPITOL AND STATE OFFICE         FOR the Years Ending
      BUILDING                    August 31,    August 31,
                                    1956           1957
"Out of General Revenue Fund:

"79. Repairs and improvements to
     Capitol and State Office
     Buildings and grounds, equip-                Unexpended
     ment, materials and labor .. $100,643        Balance

        "It is hereby declared to be the Legislative intent
that the foregoing appropriation in the amount of
$100,643 be spent as nearly as practicable in the follow-
ing manner:

"State Capitol:

| | For the Years Ending | |
|---|---|---|
| | August 31, 1956 | August 31, 1957 |
| "a. Replace worn-out steam radiators, steam traps, and steam water lines as necessary . . . . . | $45,860 | Unexpended balance |
| "b. Repair and rebuild water cooling tower at power plant, and install water lines for air conditioning units in Capitol . . . . . . | 15,000 | Unexpended balance |
| "c. Repair roof of Capitol | 6,000 | Unexpended balance |

" . . . . . . . . . . . . . . . . . . . . . . . . ."

Item 79 is appropriated for the purpose of making the repairs and improvements to the State Capitol and State Office Buildings and the Legislature has expressed a specific intent that the moneys appropriated shall be used as nearly as practicable in the replacement of steam radiators and necessary installation for air conditioning units in the Capitol.

According to your request, additional switch gear and transformers are essential for the expansion of the Capitol electrical system, due to the improvements provided for in the appropriation above set out. Since this expenditure is necessary for the air-conditioning units and constitutes a necessary improvement to the Capitol and State office Buildings, it is our opinion that the appropriation contained in Item 79 may be spent for such purpose.

## SUMMARY

Item 79 of the appropriation to the
State Board of Control in the current
biennium appropriation act may be ex-
pended for the purchase of additional
switch gear and transformers required
for the expansion of the Capitol
electrical system.

Yours very truly,

WILL WILSON
Attorney General of Texas

By John Reeves
John Reeves
Assistant

JR:zt:rh

APPROVED:

OPINION COMMITTEE

H. Grady Chandler,
        Chairman
Arthur Sandlin
Richard Stone
B. H. Timmins, Jr.

REVIEWED FOR THE ATTORNEY GENERAL

Geo. P. Blackburn